# EXHIBIT B

| | |
|---|---|
| 18. A processor-readable medium storing code representing instructions to cause a processor to perform a process to automatically provide instant voice alerts to wireless hand held device users in a specified region, said code comprising code to: | For example, CivicPlus provides voice alerts in different languages in emergency situations.<br><br>**AlertMe & AlertManager Mobile App**<br><br>The free CivicReady AlertMe app empowers your citizens to sign up, manage their notification settings and receive notifications all from the palm of their hand.<br><br>The AlertManager mobile app from CivicReady allows administrative users to access the full power of CivicReady from either an iOS or Android device.<br><br>Mass Notification System for Local Governments (civicplus.com) |

| | |
|---|---|
| determine an emergency situation affecting a specified region and requiring emergency notification of said emergency situation to wireless hand held device users in said specified region; | For example, CivicPlus provides voice and text alerts in different languages to a person's mobile device in emergency situations.<br><br>**Emergency Notifications**<br><br>Emergency management, local government administrators, and fire and police department personnel can easily integrate CivicReady into their emergency preparedness and response plans. Use CivicReady Emergency Alerts for:<br><br>• Weather threats such as tornadoes, hurricanes, blizzards, and flash flooding<br>• Earthquakes and mudslides<br>• Active shooter situations<br>• Fires and evacuations<br>• Emergency road closures<br>• Terrorist threats<br><br>**AlertMe & AlertManager Mobile App**<br><br>The free CivicReady AlertMe app empowers your citizens to sign up, manage their notification settings and receive notifications all from the palm of their hand.<br><br>The AlertManager mobile app from CivicReady allows administrative users to access the full power of CivicReady from either an iOS or Android device.<br><br>CivicReady Features \| Emergency & Routine Notification Features (civicplus.com) |

| | |
|---|---|
| generate and convert a text message indicative of said emergency situation into a digitized voice alert; | For example, CivicPlus provides text to speech alerts in different languages in emergency situations.<br><br>When it comes to keeping citizens informed and safe, CivicReady offers unlimited SMS text, email, and Text-to-Speech (TTS) messages for emergency and routine notifications at high rates of speed. Multimedia messages can contain text, audio, video, and attached documents and may be saved and scheduled in advance to quickly launch an alert when time is of the essence.<br><br>Your unlimited messages will be sent at the following minimum per-minute rates:<br><br>• Text-to-Speech messages and voice alerts – 60,000 per minute<br>• Text (SMS) messages –12,000 per minute<br>• Email messages – 50,000 per minute<br><br>CivicReady Features | Emergency & Routine Notification Features (civicplus.com) |

| | |
|---|---|
| convert said digitized voice alert into more than one language from among a plurality of languages for broadcast of said digitized voice alert in consecutively different languages through said at least one wireless hand held device; | For example, CivicPlus provides text to voice alerts in different languages to a persons wireless device in emergency situations.<br><br>**Multilingual Messaging**<br><br>Subscribers can easily select to receive text and emails in their preferred language. You compose and send messages the same way and messages are translated automatically for those subscribers that have selected language translation.<br><br>Multilingual translation is now supported for voice calls in the following 20 languages.<br><br>CivicReady Features \| Emergency & Routine Notification Features (civicplus.com)<br><br>One of the best ways to reach citizens that have not signed-up for notifications when an emergency strikes your community is to utilize a mass notification solution that incorporates the Integrated Public Alert and Warning System (IPAWS). IPAWS uses a variety of trusted and effective federal communication channels to distribute your message to the public during an emergency. IPAWS reaches citizens with your emergency message using such channels as:<br><br>• The emergency alert system (EAS) which broadcasts to AM/FM radios and public televisions<br>• Wireless Emergency Alerts (WEA) sent to capable wireless devices<br>• National Oceanic and Atmospheric Administration (NOAA) weather radio alerts<br>• Local sirens<br>• Digital signs<br>• Other local and unique systems<br><br>https://www.civicplus.com/blog/ps/best-practices-for-getting-citizens-subscribed-to-your-mass-notification-system |


| | |
|---|---|
| and transmit said digitized voice alert through specific towers of a cellular communications network in said specified region for distribution of an automatic emergency announcement about said emergency situation provided by said digitized voice alert to at least one wireless hand held device in communication with said specific towers of said cellular communications network said specified region. | For example, CivicPlus provides text to voice alerts through a city's cell tower to a person's wireless device<br><br>One of the best ways to reach citizens that have not signed-up for notifications when an emergency strikes your community is to utilize a mass notification solution that incorporates the Integrated Public Alert and Warning System (IPAWS). IPAWS uses a variety of trusted and effective federal communication channels to distribute your message to the public during an emergency. IPAWS reaches citizens with your emergency message using such channels as:<br><br>- The emergency alert system (EAS) which broadcasts to AM/FM radios and public televisions<br>- Wireless Emergency Alerts (WEA) sent to capable wireless devices<br>- National Oceanic and Atmospheric Administration (NOAA) weather radio alerts<br>- Local sirens<br>- Digital signs<br>- Other local and unique systems<br><br>https://www.civicplus.com/blog/ps/best-practices-for-getting-citizens-subscribed-to-your-mass-notification-system |